NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS PHARMA AG, and NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD., | : : : : : | **Hon. Dennis M. Cavanaugh** |
| Plaintiffs, | : : | **ORDER** |
| v. | : : | Civil Action No. 05-CV-1887 (DMC) |
| TEVA PHARMACEUTICALS USA, INC., | : : : |  |
| Defendant. | : : |  |

This matter coming before the Court upon motion for preliminary injunction and the Court

having further reviewed all submissions; and for the reasons stated in its Opinion issued on this day,

IT IS on this 6th day of September, 2007;

**ORDERED** that Plaintiffs' motion for  preliminary injunction is **denied**.

S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Original:     Clerk's Office
cc:           All Counsel of Record
              The Honorable Mark Falk, U.S.M.J.
              File