NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS PHARMA AG, and NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | **Hon. Dennis M. Cavanaugh** <br><br> **ORDER** <br><br> Civil Action No. 05-CV-1887 (DMC) |

This matter coming before the Court upon motion for preliminary injunction and the Court having further reviewed all submissions; and for the reasons stated in its Opinion issued on this day,

IT IS on this 6th day of September, 2007;

**ORDERED** that Plaintiffs' motion for preliminary injunction is **denied**.

                                             S/ Dennis M. Cavanaugh
                                             Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk's Office
cc:           All Counsel of Record
              The Honorable Mark Falk, U.S.M.J.
              File