Andrew T. Berry
Nicole Corona
MCCARTER & ENGLISH
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444

Of Counsel:
Robert L. Baechtold
Nicholas N. Kallas
Hugh C. Barrett
Simon D. Roberts
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112-3801
Telephone: (212) 218-2100

*Attorneys for Plaintiffs Novartis Pharmaceuticals
Corporation, Novartis Pharma AG, and Novartis
International Pharmaceutical Ltd.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS PHARMA AG, and NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD., | ) ) ) ) ) | Civil Action No. 05-CV-1887 (DMC) Hon. Dennis M. Cavanaugh, U.S.D.J. Hon. Mark Falk, U.S.M.J. |
| Plaintiffs, | ) ) | **ORDER** |
| TEVA PHARMACEUTICALS USA, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

This matter having been opened to this Court by McCarter & English, LLP,

attorneys for plaintiffs Novartis Pharmaceuticals Corporation, Novartis Pharma AG, and

Novartis International Pharmaceutical Ltd., Andrew T. Berry, Esq. appearing, for an

Order, pursuant to Local Civil Rule 101.1(c), permitting David Marriott, Esq. and David

Case 2:05-cv-01887-DMC-MF   Document 89-1   Filed 09/06/2007   Page 2 of 3

Greenwald, Esq. to appear and participate *pro hac vice* on behalf of plaintiffs Novartis Pharmaceuticals Corporation, Novartis Pharma AG, and Novartis International Pharmaceutical Ltd.; and with the consent of all parties; and the Court having read and considered such application;

IT IS on this __6__ day of __Sept.__, 2007;

ORDERED that David Marriott, Esq. and David Greenwald, Esq., of the firm Cravath, Swaine & Moore LLP, 825 Eighth Avenue, New York, NY 10019, members in good standing of the bar of the State of New York, be hereby permitted to appear *pro hac vice* in this action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of plaintiff shall be signed by a member or associate of the firm of McCarter & English, LLP, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted hereby; and it is

FURTHER ORDERED that David Marriott, Esq. and David Greenwald, Esq. shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending; and it is

FURTHER ORDERED that David Marriott, Esq. and David Greenwald, Esq. shall pay $150.00 to the Clerk, United States District Court for the District of New Jersey; and it is

FURTHER ORDERED that David Marriott, Esq. and David Greenwald, Esq. shall be bound by the General and Admiralty Rules of the United States District Court

- 2 -

Case 2:05-cv-01887-DMC-MF   Document 83-4   Filed 09/05/2007   Page 3 of 3

for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is

FURTHER ORDERED that David Marriott, Esq. and David Greenwald, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

HONORABLE MARK FALK
United States Magistrate Judge

- 3 -