UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, NOVARTIS PHARMA AG, and NOVARTIS INTERNATIONAL PHARMACEUTICAL LTD., <br><br> Plaintiffs, <br><br> TEVA PHARMACEUTICALS USA, INC., <br><br> Defendant. | Civil Action No. 05-CV-1887-DMC-MF <br><br> **PROPOSED CONSENT ORDER FOR PRO HAC VICE ADMISSIONS** |

This matter having been opened to the Court by McCarter & English, LLP, attorneys for plaintiffs Novartis Pharmaceuticals Corporation, Novartis Pharma AG, and Novartis International Pharmaceutical Ltd. ("Plaintiffs"), William J. O'Shaughnessy appearing, for an Order, pursuant to Local Civil Rule 101.1(c), allowing Evan R. Chesler of the firm of Cravath, Swine & Moore LLP, to appear and participate *pro hac vice*; counsel for defendants having consented to the form and entry of this Order; and the Court having considered this matter pursuant to FED. R. CIV. P. 78, and for good cause shown,

IT IS on this 21st day of Sept., 2009

ORDERED that:

Evan R. Chesler of the firm of Cravath, Swine & Moore LLP, Worldwide Plaza, 825 Eighth Ave., New York, NY 10119-7475, a member in good standing of the Bar in which he is admitted, be hereby permitted to appear *pro hac vice* in this action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of defendant shall be signed by a member or associate of the firm of McCarter & English, LLP, who shall be responsible for said papers, and for the conduct of the cause, and who shall be

ME1 9020080v.1

present in Court during all phases of these proceedings, unless expressly excused by the Court, and who will be held responsible for the conduct of the attorneys admitted hereby; and it is

FURTHER ORDERED that Evan R. Chesler shall remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a) for each calendar year this matter is pending; and it is

FURTHER ORDERED that Evan R. Chesler, pay $150.00 to the Clerk, United States District Court for the District of New Jersey; and it is

FURTHER ORDERED that Evan R. Chesler, shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys; and it is

FURTHER ORDERED that Evan R. Chesler shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

Executed: 9/21, 2009

Honorable Mark Falk
United States Magistrate Judge